**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AMINE RAKIB.**<br>*Plaintiff*<br><br>**v.**<br><br>**O'NEAL INDUSTRIES, INC. d/b/a TW METALS, LLC,**<br>*Defendant* | **Civil No. 25-5602** |

**ORDER**

**AND NOW**, this 22nd day of September, 2026, upon consideration of Defendant O'Neal Industries, Inc.'s Motion to Dismiss (ECF No. 12) and all corresponding briefing, it is hereby **ORDERED** that Defendant's motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's motion is **GRANTED** as to Counts I.1, I.2, II.1, II.2, III.1, III.2, and IV. Plaintiff's claims for Title VII discrimination and hostile work environment, ADA discrimination and hostile work environment, and FMLA interference and retaliation are **DISMISSED** without prejudice.

2. Defendant's motion is **DENIED** as to Counts I.3 and II.3, Title VII retaliation; and Count III.3, ADA retaliation.

**IT IS FURTHER ORDERED** that Plaintiff may file an Amended Complaint consistent with the Court's Memorandum no later than October 6, 2026.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge